[No. 51007-0-I.   Division One.   June 16, 2003.]

SHANNON SKIFF, *Respondent*, v. CARA RACE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 02-2-00507-6, Karen Lerner, J. Pro Tem., entered August 5, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 51011-8-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO TITO ALEJANDRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00248-6, Laura Gene Middaugh, J., entered August 30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51070-3-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TITUS WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01925-2, Carol A. Schapira J., entered August 28, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51185-8-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LOUIS MARROQUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00678-0, David A. Nichols and Michael F. Moynihan, JJ., entered October 3, 2002. *Remanded* by unpublished per curiam opinion.